AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CENTRAL LABORERS' PENSION FUND BOARD OF TRUSTEES,
CENTRAL LABORERS' WELFARE FUND BOARD OF TRUSTEES,
CENTRAL LABORERS' ANNUITY FUND BOARD OF TRUSTEES, and
BARRY McANARNEY

CASE NUMBER: 08 C 1974

V.

ASSIGNED JUDGE: Holderman

DENNIS ERICKSON, individually and d/b/a
ERICKSON MASONRY

DESIGNATED
MAGISTRATE JUDGE: Cole

TO: (Name and address of Defendant)

DENNIS ERICKSON, individually and d/b/a ERICKSON MASONRY
1026 S 10th St
DeKalb, IL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard A. Toth
DALEY AND GEORGE LLP
20 S. Clark St., Suite 400
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

APR 1 1 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/24/08 |
| NAME OF SERVER (PRINT) Brett Paul | TITLE Deputy |

*Check one box below to indicate appropriate method of service*

- (G) **Served personally upon the defendant. Place where served:** 10265 10th St. DeKalb IL 60115
  Dennis Erickson
  m/w/es DOB - 2/26/1943

- G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

- G  Returned unexecuted: _____

- G  Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL 44.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/24/08
Date

Signature of Server

150 N. Main St. Sycamore, IL 60178
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.